UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN MEDINA,

    Plaintiff,

v.                                        Case No.: 8:08-cv-581-T-33MAP

SOUTHEAST WATER TESTING, INC.,
a Florida Corporation,

    Defendant.
_____/

## **ORDER**

The parties' Joint Stipulation for Dismissal with Prejudice (Doc. 7) is before the Court for consideration. The parties inform the Court that they have settled this case and seek an order dismissing it with prejudice.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of October 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record